FILED
CHARLOTTE, NC

FEB 19 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> (1) JESUS MIGUEL ANGEL GUTIERREZ-LOPEZ <br> (2) LORENZO LEMUS-OROZCO | Docket No. 5:25-cr-3-KDB <br><br> **BILL OF INDICTMENT** <br><br> Violations: <br> 18 U.S.C. § 2 <br> 18 U.S.C. § 924(c) <br> 21 U.S.C. § 841 <br> 21 U.S.C. § 846 |

THE GRAND JURY CHARGES:

COUNT ONE
(Methamphetamine Trafficking Conspiracy)

From at least as early as in or about February 2024 to the present, in Catawba County, Caldwell County, and Watauga County, within the Western District of North Carolina, and elsewhere, the defendants,

(1) JESUS MIGUEL ANGEL GUTIERREZ-LOPEZ, and
(2) LORENZO LEMUS-OROZCO

did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the Grand Jury, to distribute and to possess with intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, and fifty (50) grams or more of methamphetamine (actual), Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

COUNT TWO
(Possession with Intent to Distribute, and Distribution of, Methamphetamine)

On or about October 14, 2024, in Catawba County and Caldwell County, within the Western District of North Carolina, and elsewhere, the defendants,

(1) JESUS MIGUEL ANGEL GUTIERREZ-LOPEZ, and
(2) LORENZO LEMUS-OROZCO

aiding and abetting each other, did knowingly and intentionally possess with intent to distribute, and distribute, fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT THREE
### (Distribution of Methamphetamine)

On or about October 26, 2024, in Watauga County, within the Western District of North Carolina, and elsewhere, the defendant,

**(1) JESUS MIGUEL ANGEL GUTIERREZ-LOPEZ,**

did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FOUR
### (Distribution of Methamphetamine)

On or about November 7, 2024, in Watauga County, within the Western District of North Carolina, and elsewhere, the defendant,

**(1) JESUS MIGUEL ANGEL GUTIERREZ-LOPEZ,**

did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FIVE
### (Distribution of Methamphetamine)

On or about November 7, 2024, in Catawba County, within the Western District of North Carolina, and elsewhere, the defendant,

**(2) LORENZO LEMUS-OROZCO,**

did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT SIX
### (Distribution of Methamphetamine)

On or about November 19, 2024, in Catawba County, within the Western District of North Carolina, and elsewhere, the defendant,

**(2) LORENZO LEMUS-OROZCO,**

did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT SEVEN
### (Possession with the Intent to Distribute Methamphetamine)

On or about December 5, 2024, in Watauga County, within the Western District of North Carolina, and elsewhere, the defendant,

**(1) JESUS MIGUEL ANGEL GUTIERREZ-LOPEZ,**

did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT EIGHT
### (Possession with the Intent to Distribute Methamphetamine)

On or about February 13, 2025, in Catawba County, within the Western District of North Carolina, and elsewhere, the defendant,

**(2) LORENZO LEMUS-OROZCO,**

did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT NINE
### (Possession of Firearm in Furtherance of Drug Trafficking)

On or about February 13, 2025, in Catawba County, within the Western District of North Carolina, and elsewhere, the defendant,

**(2) LORENZO LEMUS-OROZCO,**

did knowingly possess one or more firearms in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance, a violation of Title 21, United States Code, Section 841(a)(l), as set forth in Count Eight of this Bill of Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with Section 853:

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations; and

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant's to the extent of the value of the property described in (a) and (b).

*[The rest of this page is intentionally left blank.]*

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

- $3,373.00 in U.S. currency, one Beretta, model 92FS, 9mm pistol (S/N: M99591Z); one Derya Arms, .22 rifle (AR-type) (S/N: TG970-22A58510); and one Stoeger, model STR-9C, 9mm pistol (S/N: T6429-21S21428), and ammunition, seized during the investigation on February 13, 2025.

A TRUE BILL:



FOREPERSON

LAWRENCE J. CAMERON
ACTING UNITED STATES ATTORNEY

STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY